UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN LEE, individually and on behalf of all others similarly situated | CIVIL ACTION<br><br>No. 22-2351 |
| VERSUS | |
| ALWAYS TLC, LLC D/B/A ALL ABOUT U | SECTION: "J"(3) |

## ORDER

Considering the *Stipulation of Dismissal* (Rec. Doc. 12) filed by Plaintiff, Bryan Lee, and Defendant, Always TLC d/b/a All About U, pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

New Orleans, Louisiana, this 31st day of October, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE